Alfred "Erika" Caroffe ADC#350727

Name and Prisoner/Booking Number

ASPC-TUCSON Rincon    Hus ix Acell 8

Place of Confinement

POBOX 24403

Mailing Address

TUCSON Arizona 85734 USA

City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FINAL LegalNotice

<table>
<tr><td>☒ FILED</td><td>☐ LODGED</td></tr>
<tr><td colspan="2"><strong>Dec 21 2023</strong></td></tr>
<tr><td colspan="2">CLERK U.S. DISTRICT COURT<br>DISTRICT OF ARIZONA</td></tr>
</table>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alfred "Erika" Caroffe ADC#350727

(Full Name of Plaintiff)

Plaintiff,

v.

(1) C/o M. Moyer et.al.,

(Full Name of Defendant)

(2) ADCRR,

(3) State of Arizona,

(4) United States of America

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____

(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

3) Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: Official, Individual Capacities/42 USCS
    Section 1997(d)/28 USCS Section 1601

2.  Institution/city where violation occurred: District of Arizona/USA

1 of 50 of 57 total
has 16 pages of 28 hibits

**550/555**

Revised 12/1/20

## B.  DEFENDANTS

1.  Name of first Defendant: _S/OM Moyer_. The first Defendant is employed
as: _Correctional officer Moyer_ at _Unconstitutional State_
_____(Position and Title)_____    _employee_  _____(Institution)_____

2.  Name of second Defendant: _ADCRR_. The second Defendant is employed as:
as: _Arizona Dept. of Corrections_ at _unconstitutional State_
_____(Position and Title)_____    _entity_  _____(Institution)_____

3.  Name of third Defendant: _State of Arizona_. The third Defendant is employed
as: _State of Arizona_ at _Official State entity_
_____(Position and Title)_____      _____(Institution)_____

4.  Name of fourth Defendant: _United States_. The fourth Defendant is employed
as: _United States of America_ at _Federal government_
_____(Position and Title)_____    _entity_  _____(Institution)_____

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2.  If yes, how many lawsuits have you filed? _150_ _Approx._ Describe the previous lawsuits:

   a.  First prior lawsuit: _See QUARY Search_
      1.  Parties: _See QUARY Search_
      2.  Court and case number: _see query search_
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _See QUERY Search_

   b.  Second prior lawsuit:
      1.  Parties: _N/A_ v. _N/A_ _N/A_
      2.  Court and case number:
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _N/A_
      _N/A_  _N/A_

   c.  Third prior lawsuit:
      1.  Parties: _N/A_ v. _N/A_ _N/A_
      2.  Court and case number: _N/A_
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)
      _N/A_  _N/A_  _N/A_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**



## B. Defendants

5) the fifth Defendant is named as the Medical/Mental Health Department at/for ASPC - Tucson Rincon Unit In official Capacity

6) the sixth Defendant is Named as the Director of Prisons for the State of Arizona Ryan Thornell in official and Individual Capacities.

7) the seventh Defendant is Named as the Probation officer from Philadelphia Pa. Also known As Physc-Assoc. on Housing Unit Six for Mental Health Treatment Program At Rincon Unit ASPC - Tucson In official and Individual Capacities

8) the eighth Defendant is Named as C/O P. Henry (Ex Husband or Ex - Boyfriend) of the Philadelphia Probation officer/Physc-

2 (a) of 6 of 57

Assoc. on Rincon Unit. and An correctional officer at Rincon Unit. ASPC Tucson. In Official and Individual Capacities UNofficially employed as A State correctional officer.

9) the Ninth Defendant is Named as % P. Butkins, State correctional officer In official and UNofficial, Individual Capacity under An Absolute Federal Jurisdiction.

10) the tenth Defendant is Named as % MUDIO, State Correctional officer In official and UNofficial, Individual Capacity under An Absolute Federal Jurisdiction.

11) the 11th Defendant is Named as % MEANS, State Correctional officer In official and UNofficial, Individual Capacity under an Absolute Federal Jurisdiction

12) the 12th Defendant is Named as % III Shivers of Rincon unit, State correctional

2 (5) of 6 of 57 total

## B - Defendants

officer in official, and unofficial, Individual Capacity for the ADCRR

13) the 13th Defendant is Named as property/mail <u>% Mrs. shivers</u> in official, unofficial and Individual Capacities under An Absolute Federal Jurisdiction.

14) the 14th Defendant is NAMed as <u>% Ball</u> in official, unofficial and <u>Individual</u> Capacities under An Absolute Federal Jurisdiction.

15) the fifthteenth Defendant is Named as <u>the County of Maricopa,</u> Arizona (State of) In official Capacity.

16) the 16th Defendant is NAMed as <u>Maricopa County Sheriff's officer Lori Potter</u> in official and Individual Capacities.

17) the 17th Defendant is Named as

2 (C) of 6 of 57 total



MCSO (Maricopa County Sheriff's office in offisial) ~~and Individual~~ ~~Capacities~~ Capacity.

18) the 18th Defendant is Named as Maricopa County sheriff's officer P. Rubio In official and Individual Capacities

19) the 19th Defendant is Named as <u>the</u> collective of others ~~unknown~~ Defendant(s) As co-conspiricaries to kidnapping of Alfred Eric Caraffe ADC#350727 and Every State prison in Unconstitutional Custody in An "Absolute Federal Jurisdiction".

20) the 20th Defendant is Named as U.S. District Court Judge Michael T. Liburdi IN official Capacity (only)

21) the 21st Defendant is Named as U.S. District Court Judge Jennifer G. Zipps IN official capacity (only)

2 (d) of ~~5~~ of 57 total

S. D. of Court

22) the 22nd Defendant is Named as U.S. District Court Judge D. M. Fine In official Capacity only

23) the 23rd Defendant is Named as U.S. District Court Judge E. S. Willett In official Capacity only.

24) the 24th Defendant is Named as Superior Court of Maricopa County Judge Ronee Korbin-Stiever In official Capacity

25) the 25th Defendant is Named as Superior Court of Maricopa County Judge Frank Moskowitz In official Capacity only.

26) the 26th Defendant is Named as Superior Court of Maricopa County Judge Hartsell In official Capacity only

2 (E) of 6 of 57 total

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: *Fifth Amendment*
*U.S. CONStitution*

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: *Due process of Law*
   - ☐ Medical care
   - ☐ Retaliation

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   *In Exhibits of Evidence the Unconstitutional Federal Court order(s) Exhibits A to A15 have No Seal of the U.S. District Court(s) per the United States Code Service under Seal and Teste of process. Nor any Seal of the Superior Court of Maricopa County State of Arizona*

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   *Violation(s) of U.S. Constitutional Rights to Due process of Law*

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  *Is Federal Jurisdiction*

   *3 of 57 total*

## COUNT II

1. State the constitutional or other federal civil right that was violated: 28 USCS Section 1723 (c)

2. **Count II.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

By Using Unseal federal U.S. District Court federal Court order(s) (documents) Defendant(s) have Unconstitutionally kept Alfred E. Careffa In State Custody of the Defendant(s) ADCRR and State of Arizona for 1,472 days as of 12/14/2023. Depriving Access to An Constitutional Federal Procedure(s) with Unconstitutional Federal Court writs/orders (Documents)

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

Violation(s) of Federal Constitutional Procedures and Right to Constitutional Outcome

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   Is A Federal Jurisdictional Issue

4 of 57 total

## COUNT III

1. State the constitutional or other federal civil right that was violated: *8th Amendment U.S. Constitution (42 USCS § 1997(d))*

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☑ Other: *Cruel and unusual Punishment*
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Correctional Officer M. Moyer uses Act(s) of Retaliation for this Habeas Petitioner and Plaintiff Filing/Reporting to the Federal Court(s) violation(s) of ~~Federal Court~~ Conditions of Confinement During this Unconstitutional Custody By the Defendant(s) ADCRR and State of Arizon. M. Moyer in official and individual copacities

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). violation(s) of the Eighth Amendment of the United States Constitution

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *has Federal Jurisdiction*

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**



5 of 29 of 57 total

## Count four
### Cause of Action

1) constitutional Right violated : <u>Fifth Amendment U.S. Constitution.</u>

2) Count four: <u>Due process of Law</u>

3) <u>Supporting facts</u> - Defendant Michael T. Liburdi, A federal Judge, in official Capacity with "Absolute Immunity" (According to federal Court order(s) of the Defendants United States of America has violated the Federal Constitutional Privilege to A writ of habeas Corpues, By his Failure to uphold the Federal Constitutional Laws of this United States of America in this Petitioners habeas Corpues Actions.

4) <u>Injury</u> - 1,471 days of An unlawful and Unconstitutional Incarceration

5) Doesn't Apply.

5 (a) of <u>29</u> of <u>57</u> total

## Count Five
### Cause of Action

1) <u>Constitutional Right Violated:</u> Eighth Amendment of the United States Constitution.

2) <u>Count Five:</u> Cruel and Unusual punishment

3) <u>Supporting Facts:</u> Defendant(s) Maricopa County Prosecutor Elizabeth korbin-M. Lake, ~~Eighth~~ Judge Ronee korbin-Stiener, Judge Frank Moskowitz and Judge Hartsell along with Public Defender(s) Amy L. Situer, Amy L. Bain and John Martinez conspired to kidnap this Plaintiff/Petitioner Along with Defendant(s) Federal Judge M. T. Liburdi and D.M. Fine (Judge) of the Division of phoenix Arizona Federal Court(s) under Defination of kidnapping Did Unlawfully and unconstitutionally Sieze and Confine this person Alfred Erik Caraffa ADC# 350727 with Members of the ADCRR

5(b) of <u>29</u> of <u>57</u>

who Contiune the UnlawFul and
unConstitutional Confinement
as Co-Conspiriaries After the Fact(s)
Are Named as % P. Butkins, % P. Henry,
% Mudio, % Means, % III Shivers and
Property/mail % Shivers, % Ball, and
other(s), Also Maricopa County
Sheriff's Officer(s) ▓ L. Potter,
Sheriff officer Rubio, All in official
and Individual Capacities, Plus the
collective of other Unknown Defendants
As Co-Conspiriaries to the Kidnapping
of AlFred Erik CaraFFa ADC#350727

4) Injury= UnConstitutional Kidnapping
by way OF An UnConstitutional Conviction

5) Doesn't Apply-

5 (C) oF 29 of 57

# Count six
## Cause of Action

1) Constitutional Right Violated: 8th Amendment of the United States Constitution

2) Count six - Cruel and Unusual punishment

3) Supporting Fact(s) Defendant(s) unknown Female from Philadelphia probation Dept. (Philadelphia Pa.) Also known as Assoc. of Amy L. Sitver (on Mental Health Counseling videos at Maricopa County Jail Between 12/19/19 and 9/30/21) Along with Defendant C. Parker Phsyc. Assoc. (at ASPC-Tucson Rincon Unit) and Defendant(s) C/O C. Ruley and A/M M. Moyer with three other correctional officers at this State Prison (ASPC-Tucson) conspired to kidnap A Federal witness who can put All Five correctional officers In Phoenix, Arizona on the Morning

5 (d) of 29 of 57

the habeas Corpues Release of
prisoner I. Morris from Division
of Phoenix, U.S. District Court of
Arizona (two female correctional
officer(s) wearing football Jersey's with
#36 Red/white and #23 Green/white
the name Thurman Across the Back
Shoulders) (three male correctional
officers #42 wearing orange/white
known as house Five C/O (Mike), Correctional
officer C. Ruley and one other Male C/O
Also with the name "THURMAN" written
In white letters Across the Back shoulder(s))
were all At A Starback's on Taylor Lane
ASU Downtown Campus on the morning
of Alfred E. Careaffa ACD #3 SU 727 Buying
Hot water for Coffee on the morning
I. Morris was Released from An
70½ years of An UNCONStitutional
Convict for A Murder of Charles
Thurman. Two of the people who were in
the Jeep work at this State Prison
complex. (I have seen stacey, C. Ruley)
5(E) of 29 of ___ 57

Injury - UNconstitutionally convicting the Federal witness who can place the Murder Conspirier(S) in Phoenix, AZ when the (Black guy) I. Morris was Released from his UNCONStitutional Conviction.

5) Doesn't Apply to this State Facility for Grievance(S)

## Count Seven
### Cause of Action

1) CONStitutional Right Violated = Fifth Amendment U.S. CONStitution

2) Count Seven = Due process of Law

3) Supporting facts - Defendant(S) C. Parker, P. Henry (C/o), unknown Named Prosecution.officer & from Philadelphia PA and other(S) Conspired to UN lawfully

5 (F) of 29 of 57

Retaliate with An UNCONSTitutional Conviction against A Federal witness (crimes cross State line(s) from N. J. to the State of Arizona) to unconstitutionally Incarcerate the Person who wrote the NJDOC Prison Commissioner and the Governor of New Jersey About An Illegal Prostitution and Drug Ring Run by NJDOC Correctional officer(s) at NJSP in Trenton, NJ ON 8FF and 1FF (1FF A female unit IN 2010).

4) INjury- Retaliation Against A Federal witness who Never testified or gave Any official Court Statement(s)

5) Doesn't Apply to this State Prison Facility

5 (G) of 29 of 57

Count Eight
Cause of Action

1) Constitutional Right Violated:

Fifth Amendment U.S. Constitution

2) Count 8: Due process of Law

3) Supporting fact(s) Defendant(s) Prisoner(s) at Rincon Unit from N.J. State Prison(s) system committ As of Terrorist threats Against this Federal witness for Event(s) In 2010 to 2013 in N.J. State Prison(s) while co-defendant's the collective of Rincon Correctional officers Involved In — originized crime(s) cover-up And UNCONSTITUTIONALLY Retalate and harrass this Federal witness to Report Information on the Murder of "her" Mother ANNA M. Morgan in Bradford, P.A.

5(H) of 39 of 57

for Insurance Money from Colonial Penn Insurance Company to the Sum of $250,000 Dollars/collected Unlawfully when Defendent Amy L. Situer and other(s) gave A Fraudelent Power of Attorney to this Petitioner(s) half sister(s) (A) Donna P. Leone-Fisher-Buccialia and (B) Diane Fisher-Hatch while this unconstitutionally IN Custody Prisoner was unlawfully In the R.T.C. Program at Lower Buckeye County Jail in Maricopa County.

4) Injury - Interferring with AN Murder for Insurance Money Investigation which the Retaliction crosses State lines To Steal The Insurance money.

5) Doesn't Apply at this State Prison Facility

5(I) of 29 of 57

## Count Nine
### Cause of Action

1) Constitutional Right Violated =
Fourteenth Amendment U.S. Constitution

2) Count 9 - Due process of Law

3) Supporting Fact(s) - Defendant(s)
In Phoenix, AZ. Maricopa County
and correctional staff at Rincon
unit (ASPC Tucson) Conspire to give
this habeas Corpus petitioner Alfred
Erik Caraffe ADC#350727 two open
Warrant(s) In Maricopa County, AZ.
for child support. When this petitioner
has NO children. And give NO
Notice of said Child Support warrant(s)
until Friday Dec. 15# 2023 by %III
M. MOSS on his office Computer on
Housing Unit six at Rincon ASPC-Tucson

5(J) of 29 of 57



4) <u>Injury</u> - Violation(s) of U. S. Constitutional Rights to Due process of Law.

5) Doesn't Apply.

## Count Ten
### Cause of Action

1) <u>Constitutional Right Violated:</u> fourteenth Amendment U. S. Constitution

2) <u>Count Ten</u> - Due process of Law

3) <u>Supporting facts</u> - Defendant(S) Mentioned in this civil Action Deprive Federal Constitutional Rights to this habeas corpus Petitioner in hopes of Alfred Erik

5(K) of <u>29</u> of <u>57</u>

Caraffe ADC#350727 committing Suicide from lost of hope to AN writ of habeas Corpus And AN UNCONstitutional Conviction. By Condition(s) of Confinement, threats to kill and Assault and Statement(s) Made by Correctional officer(s) to give up Being transgender or transsexual

4) Injury - violation(s) of U.S. Constitutional Right(s) During AN Conspiracy to kidnap the Federal witness against the Defendant(s)

5) Doesn't Apply A federal Jurisdiction Issue.

## Count#11
1) constitutional Right Violated. 8th Amendment U.S. Constitution

5(L) of 29 of 57

2) count II - cruel and unusual punishment

3) supporting fact(s) - Defendant(s) Correctional Officers(S) on HU six at Rincon ASPC-Tucson on saturday December 16# 2023. Use forms of Retaliation to Deprive shower(s) from this Plaintiff/Petitioner Alfred Enile Caraffa APC #350727 for Being the "word of God" and the tree of Life"

4) Injury - Retaliation By Defendant(s) In Criminal Case(s) of federal Jurisdiction

5) Doesn't Apply to An "Absolute" Jurisdiction under the Congress of the United States.

5(M) of 29 of 57

Count 12
Cause of Action

1) Constitutional Right Violated
Ninth Amendment of the United States
Constitution

2) Count 12 = Rights Retained by the
People

3) Supporting facts - Defendant(s)
at ASPC-Tucson (Rincon) deny the
Federal Constitutional Right to
Life to over 5,000 American(s) from
Oct. 28th 2023 to Nov. 28th 2023 By
Unlawfully and Unconstitutionally
holding in Custody the Person with
the Cure(s) to Many deadly Diease(s)
and Infections.

4) Injury - over 5,000 Counts of
Conspircy to Committ Manslaughter
              5(N) of 29 of 57

end Attempts to committ murder or Man Slaughter under 18 USCS Section(s) 1111 and 1112 Just for the peroid from 10/28/23 to 11/28/23 while Depriving American(s) the right to Be free from Diease/Infectious Virus.

5) Doesn't Apply An federal Jurisdiction.

## Count 13
### Cause of Action

1) Constitutional Right Violated — Fourteenth Amendment U.S. Constitution

2) count 13 — Due process of Law

3) Supporting facts — Defendants Deprive the Federal Constitutional Right to Life to over 9,000 American(s) from Sept 2023 to Nov. 28th 2023 By Unlawfully

5(N)(1) of 29 of 57

and unconstitutionally kidNapping the Cure to Many Deadly and Infectious Diease(S) (Alfred Erik Caraffe ADC #350727)

4) <u>Injury</u>- Over 9,000 counts of Manslaughter for Deaths of Americans which could have Been prevented with the DNA of Alfred Erik Caraffe ADC# 350727

5) Doesn't Apply A federal Jurisdiction Issue.

<u>Count 14</u>

1) <u>constitutional Right violated-</u> 8# AmendMent U.S. Constitution

2) <u>count 14</u>-Cruel and Unusual punishment

5 (N)(2) of <u>29</u> of <u>57</u>

3) <u>supporting facts</u> = In the conspiriacy to kidnap the Unlaw-ful and Unconstitutional trans-Sexual Alfred "Erika" Caraffa ADC # 350727 who has the DNA of the "Super Immunity" for Infectious Diease(s). The Defendant(s) have Allowed over two million Americans to Become ill with Covid-19 Dieases And have killed over 1.2 million Americans inside the United States of America by their Act(s) of Continuing this Unconstitutional and Unlawful time In Custody.

4) <u>Injury</u> - Act of Domestic Terrorism Against the United States of America for Reward.

5) Doesn't Apply. Federal Jurisdiction

5(N)(3) of 29 of <u>57</u>

## Count 15
### Cause of Action

1) Constitutional Right Violated:
Fifth Amendment, U.S. Constitution

2) Count 15 - Due process of Law

3) Supporting facts - Exhibit of Evidence in case Number 4:23-CV-00554-TUC-JGZ-(PSOT) Document four and case Number 4:23-CV-00538-TUC-JGZ(PSOT) Document 3 and 3-1 Are in Conflict with Rules of Procedure of the Judicial Panel on Multidistrict Litigation under federal statute. Effective 10/4/2010 the federal offical Record shall be electronically filed to the Court(s) (See Rule 3-1)

5(N)(4) of 29 of 57

4) <u>Injury</u> - Conspiriacy to Defraud and Corrupt the United States Constitution to protect Corrupt And Malicious Federal Judges and Act(s) of Treason Against the United States of America.

5) Doesn't Apply (A federal Document has federal Jurisdiction.

## Count 16
### cause of Action

1) <u>Constitutional Right Violated</u> = Fifth Amendment U.S. Constitution

2) <u>Count 16</u> - Due process of Law

3) <u>Supporting facts</u> - Defendant in Misconduct Complaint proceeding has Been assigned to Civil Action Seeking the Impeachment trial of

5(N)(5) of <u>29</u> of <u>57</u>

herself (Judge J.G. Zipps) and
~~her~~ two (2) other Federal U.S.
District Court of Arizona Judge(s)
In the Division of PHoenix
      which is A "custom" of Federal
U.S. District Court Judge's
getting Assigned to their own
Corruption Case to claim "Absolute
Immunity" which is UNCONStitutional
and Unlawful According to the
Federal CONStitutional Laws.


4) Injury - Federal U.S. District
Court Judge's Depriving and
Abusing there official Capacity
to Conceal their Corruption
5) Doesn't Apply at this facility

<u>Count 17</u>

Cause of Action

1) <u>Constitutional Right Violated</u>
Fifth Amendment, U.S. Constitution

2) <u>Count 17:</u> Due process of Law. ~

3) <u>Supporting fact(s)</u> — In civil
Action(s) And class Action(s)
filed in the U.S. District Court
of Arizona the Corrupt Federal
Judges Named As the "Impeachment
of Judges" Abuse the Federal
Constitution to conseal their
Corruption and Malicious
Behavior

4) <u>Injury</u> — Corrupted federal Judge's
of the U.S. District Court of Arizona

5 (N)(7) of <u>29</u> of <u>57</u>

Abusing their official Capacity
to hide Act(s) of Corruption and
Treason Against the United
States of America And this
habeas Corpus petitioner.

5) Doesn't Apply A federal Court
Issue

## Count 18
### Cause of Action

1) constitutional Right Violated =
First Amendment, U.S-Constitution

2) count 18-Petition clause

3) Supporting facts - the U.S.
District Court of Arizona through
Federal Judge's have Violated the
Federal Constitution to time limitation
In A writ of habeas corpus case(s)
5(N)(8) of 29 of 57

For An Unconstitutional conviction Case(S) of Alfred Erika "Caraffa ADC#350727. the criminal Action(S) Are Unconstitutional today, tomorrow and in 2033. EAch Day Starts A New Begining of An Unconstitutional conviction(S)

4) Injury - violations(S) of U.S. constitutional Rights, Privileges, and Immunities to protect Federal Corrupted Judges.

5) Doesn't Apply to this State facility.

5(N)(9) of 29 of 57

## Count 19
### Cause of Action

1) <u>Constitutional Right Violated:</u>

Fourteenth Amendment, U.S. Constitution

2) <u>Count 19</u> - Equal Protection of Law

3) <u>Supporting facts</u> - On December 15th 2023. C/O III M. Moss showed this habeas corpus Petitioner/Plaintiff two Maricopa County Warrant(s) on this office computer at Housing Unit Six ASPC-TUCSON and Stated He would print-out the Detainers for Child Support and the California Case with their Indictment/Case Number(s) On December 18th 2023, C/O III M. MOSS Stated "He didn't know what to print-out" and He "hasn't printed the Information yet" I, Alfred Erik Caraffe ADC#350727 have <u>NO</u> children to pay child support

5 (N)(10) of <u>29</u> of <u>57</u>

For More Act(s) of Malicious Retaliation by the Maricopa County Superior Courts Because they Are Unconstitutional under state Constitutional Law. Have NO Jurisdiction in An Absolute Federal Jurisdiction.

4) <u>Injury</u> - two more untrue and unlawful detainer(s) used to raise My Custody level while in this Unconstitutional State Custody.

5) N/A An Federal Court issue As Habeas Corpus Case 2:23-CV-01503-PHX-MTL(ESW) Has Been filed for Unconstitutional Housing on An Mental Health treatment program while I refuse to comply with <u>Any</u> Mental Health treatment while in Unconstitutional State Custody.

5(N) 11 of <u>29</u> of <u>57</u>

## Count 20
### Cause of Action

1) Constitutional Right Violated = 8th Amendment U.S. constitution

2) Count 20 - cruel punishment, unusual punishment (A violation of 18 USC Section 371 - Part 1 of 3 - Conspiracy to committ offense or to defraud United States)

3) Supporting facts - two or more people have Conspired to steal federal Court Document(s) out of my legal papers and effect(s) for An Unknown purpose to this unconstitutionally held in state Custody / kidnapped prisoner (the object of their Conspiracy) for the purpose of enciting my Anger to Act violantly towards government official(s).
   Again on Dec 28th 2023, I notice Another Exhibit of Evidence in my Federal Court case(s) missing from my legal effects and paper(s) A Document in Alfred E. Caraffa V. Governor Doug Ducey.

4) Injury - Stealing federal district Court

5 (N) 12 of 28 of 57



Exhibits of Evidence During AN
Kidnapping of Alfred E. Caraffa
ADC#350727 to MAKe Me look violent
and Angry. For them doing the SAmething
over and over

5) N/A - A federal criminal Act
which violates the U.S. Constitutional
Rights of Alfred E. Caraffa ADC#
350727

### Count 21
### Cause of Action

1) Constitutional Right Violated =
14th Amendment U.S. Constitution

2) Count 21 - Due process of Law.

3) Supporting facts - under state Law
of Article 20 (ARS) the State of Arizona
Lacks Jurisdiction to hold, Arraign, take
to trial and Even Arrest Alfred E. Caraffa

SN (13) of 29 of 57

ADC #350727 of Any felony charge
under An Absolute Federal Jurisdiction

4) Injury-Unconstitutional Arrest and
Confinement in Maricopa County Jail
by Maricopa County Sheriff's office
and the County of Maricopa.

5) N/A An Federal Constitutional
Issue of Jurisdiction.

5(N) 14 of 29 of 57

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

For Count one I seek the Sum of Compensation of $5,000.00 Dollars for each civil Action/class Action And/or habeas corpus case with Documents that have NO Seal of the U.S. District Court of Arizona. No original Signature. (2) for Count two I seek the Sum of three Million dollars per day for the time spent Unlawfully In custody of the Defendant(s) State of Arizona and ADCRR. (3) For Count three I seek the Sum of 15,000,000, Dollars in individual Capacity while in unconstitutional Employment by the State

I declare under penalty of perjury that the foregoing is true and correct. of Arizona.

Executed on __December 14th 2023__
DATE                                ADC#350727
                              SIGNATURE OF PLAINTIFF

__Alfred Erik Caroffa ADC#350727__
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

__ADC#350727__
(Signature of attorney, if any)
paralegal              Left thumb print w/DNA

__In Unconstitutional Custody__
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6 of 3 of 57

## Final Legal Notice to All Defendant(s)

## E. Request for Relief

For count 21 - I seek the Sum of $875,000⁰⁰ Dollars per day of unlawful custody from the County of Maricopa in the State of Arizona. (At 175⁰⁰ Dollars per day, 5,000 to one ratio for punitive Damages, equals $875,000⁰⁰ Dollars per day. Plus Interest on this AND All Judgment(S) since the unlawful unconstitutional Arrest on 12/6/19. As of Jan 3rd 2024 is 1,488 days which is A Sum of $1,302,000,000⁰⁰ Dollars, plus Interest of $151,032,000⁰⁰ Dollars at 272 payments equals $32,078,784,000. Dollars

which as of 1/3/24 I'll take one Lump Sum of $75,000,000,000⁰⁰ Dollars (75 Billion Dollars), for this unlawful Arrest ~~by~~ by the Phoenix Police Dept.

Furthermore from 1/4/2024 - I'm seeking $1,750,000⁰⁰ Dollars per day for Excessive Constitutional Violation(S) in An unlawful and unconstitutional Arrest by Phoenix Police Department Against the State of Arizona

6 (a) of 3 of 57

E. Request for Relief

and Maricopa County, Arizona equals
to 49,000,000 million dollar every four
weeks (28 days) plus Interest is (at 11.6%)
$5,684,000. time Four payments equals
$22,736,000 Dollars
    A total of $71,736,000 Dollars per
28 Day Peroid starting 1/4/2024.
    As of 12/18/23 my release date is
Currently 9/30/2033. If I shall have to
wait unconstitutionally until then I'm
seeking A sum of $8,942,500,000
Dollars plus Interest = equals out to
$6,501,204,769,273 Trillion Dollars
And NO less. In one lump Sum I'll be
providing NO Blood or plasma sample(s) until I released.



signed on cell camera
footage Between 6pm and 6:25 pm
December 18th 2023 by myself.

        6 (b) of 3 of 57 total

*Exhibit of Evidence*



**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**LENORE BENOIT**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

*The Seal of the United States*

*Notice Seal of the U.S. District Court*

March 9, 2023

Alfred Erik Caraffa
#350727
ASPC Tucson – Rincon Unit C53 HUG A02
P.O. Box 24403
Tucson, AZ 85734

*Official Federal Court Document*

Dear Ms. Caraffa,

Your documents are being returned to your pursuant to the highlighted portion of the enclosed orders.

Sincerely,

JAM

*Notice seal of the U.S. District Court*

Intake & Records – Clerk's Office
Tucson Division
U.S. District Court, District of Arizona
(520) 205-4200

*Seal of the U.S. District Court(s)*

*Exhibit of Evidence*
*3/12/2023*
*(21 pgs)*

*8 of 161*

*11 of 16 pgs of Evidence*

(123) 6/1/23
+ 37 6/1/23
─────────
   160
  (5) 6/1/23
─────────
 165 total

MIME−Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain
Message−Id: Subject:Activity in Case 2:20−cv−00774−MTL−−ESW Caraffa v. United States of America et
al Notice (Other) Content−Type: text/html

*This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this
e−mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

**U.S. District Court**

**DISTRICT OF ARIZONA**

**Notice of Electronic Filing**

The following transaction was entered on 9/13/2022 at 4:47 PM MST and filed on 9/13/2022

| | |
|---|---|
| *Case Name:* | Caraffa v. United States of America et al |
| *Case Number:* | 2:20−cv−00774−MTL−−ESW |
| *Filer:* | |

*WARNING: CASE CLOSED on 08/03/2020*
*Document Number:* 38

*Docket Text:*
 **NOTICE re: Courtesy Notice to Litigant (to Plaintiff at ASPC−Tucson, Rincon Unit).
(Attachments: # (1) Notice of Appeal [37])(LAD) (Note: Address update was previously
requested at [36])**

**2:20−cv−00774−MTL−−ESW Notice has been electronically mailed to:**

**2:20−cv−00774−MTL−−ESW Notice will be sent by other means to those listed below if they are
affected by this filing:**

Alfred E Caraffa
#T602433
PHOENIX−AZ−MCSO−INMATE LEGAL SERVICES
MARICOPA COUNTY SHERIFFS OFFICE
INMATE LEGAL SERVICES
3250 W LOWER BUCKEYE
PHOENIX, AZ 85009

The following document(s) are associated with this transaction:

*Document description:*Main Document
*Original filename:*n/a
*Electronic document Stamp:*
[STAMP dcecfStamp_ID=1096393563 [Date=9/13/2022] [FileNumber=23747727−
0] [7bd9dd78dc3af0158a4895737ddff615eacd85d7f0ccbf052773c16171e023d57e

*Notice*
*NO Seal of the United States*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Alfred E Caraffa,

                Plaintiff,

v.

Sara Simmons, et al.,

                Defendants.

**NO. CV-23-00357-TUC-JGZ (PSOT)**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

      **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 24, 2023, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

October 24, 2023

                Debra D. Lucas
                District Court Executive/Clerk of Court

                s/ SCA
      By    Deputy Clerk

*[Handwritten annotations at top of page:]*

NOT Seal

Appendix B

8 of ___

18 of III

175.00 per day times 10,000 to ONE
Ratio 1,750,000.00 Dollars per day

MDR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Caraffa, | No.    CV 22-00813-PHX-MTL (ESW) |
| Petitioner, | |
| v. | **ORDER** |
| Arizona Department of Corrections, et al., | |
| Respondents. | |

*[Handwritten: No Deal of the U.S. District Court]*

**I.    Summary**

This is a habeas corpus action brought pursuant to 28 U.S.C. § 2254 by pro se Petitioner Alfred Caraffa,[1] who is confined in the Arizona State Prison Complex-Tucson (ASPC-Tucson) and is proceeding in forma pauperis.

On January 5, 2023, the Clerk of Court entered Judgment because Petitioner had failed to comply with a Court Order. The Court will vacate the Judgment, direct the Clerk of Court to reopen this action, and require Respondent Director of the Arizona Department of Corrections, Rehabilitation & Reentry (ADC) and Additional Respondent Arizona Attorney General to answer Grounds 1, 2, 4, 5, 6, 7, 10, 11, 12, and 32 of the Amended Petition. The Court will dismiss the remaining Respondents and grounds for relief; deny the three Motions filed on January 9, 2023; and strike the November 28, 2022 civil rights Complaint. *[Handwritten: No civil Number given to civil Action Complaint.]*

....

_____

[1] Petitioner uses feminine pronouns to refer to herself. The Court will do the same.

*[Handwritten page number:]* 49

*NO Seal of the U.S. District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Erik Caraffa,<br><br>        Plaintiff,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>        Defendants. | CASE NO:<br>CV–23–00375–TUC–JGZ (PSOT)<br><br>**NOTICE OF ASSIGNMENT** |

On August 10, 2023, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Jennifer G Zipps and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

DATED this 10th day of August, 2023.

*s/Debra D. Lucas*
_____

Debra D. Lucas
District Court Executive & Clerk of Court

cc: Plaintiff

*No seal of the United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Alfred Erik Caraffa,

        Plaintiff,

v.

Ryan Thornell, et al.,

        Defendants.

CASE NO:
CV–23–00373–TUC–JGZ (PSOT)

**NOTICE OF ASSIGNMENT**

      On August 10, 2023, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Jennifer G Zipps and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

      DATED this 10th day of August, 2023.

                   *s/Debra D. Lucas*

                   Debra D. Lucas
                   District Court Executive & Clerk of Court

cc: Plaintiff

No Seal of the
United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Alfred Erik Caraffa,

          Plaintiff,

      v.

David Shinn, et al.,

          Defendants.

CASE NO:
CV–23–00176–TUC–JGZ (PSOT)

**NOTICE OF ASSIGNMENT**

123

      On April 13, 2023, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Jennifer G Zipps and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

      DATED this 13th day of April, 2023.

                    *s/Debra D. Lucas*

                    Debra D. Lucas
                    District Court Executive & Clerk of Court

cc: Plaintiff

*NO U.S. District Court SEAL*

MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred E. Caraffa, | No.   CV 23-00633-PHX-MTL (ESW) |
| Plaintiff, | |
| v.  *official capacity* | **ORDER** |
| Judge Michael Liburdi, et al., |  |
| Defendants. | |

Pro se Plaintiff Alfred E. Caraffa, who is confined in the Arizona State Prison Complex-Tucson and is self-represented, filed an April 14, 2023 civil rights Complaint (Doc. 1). The Court will dismiss the Complaint and this action, without prejudice, pursuant to 28 U.S.C. § 1915(g).

## I.    Recusal Issue

Plaintiff has named the undersigned as a Defendant in this action. Ordinarily, when a judge assigned to the case is named as a party, the judge would recuse himself sua sponte pursuant to 28 U.S.C. § 455, which requires a judge to recuse himself "in any proceeding in which his impartiality might be reasonably questioned" or when he is "a party to the proceeding." 28 U.S.C. § 455(a) and (b)(5)(i). However, this case is not ordinary.

When a litigant becomes unhappy with a judge's rulings in a case, a litigant might seek to force the judge to recuse himself by filing a lawsuit against the judge. But a "'judge is not disqualified merely because a litigant sues or threatens to sue him.' Such an easy method for obtaining disqualification should not be encouraged or allowed." *Ronwin v.*

1    been the rule that courts must blindly accept a prisoner's allegations of imminent danger."

2    *Taylor v. Watkins*, 623 F.3d 483, 485 (7th Cir. 2010).

3        Plaintiff's allegations in the three-count Complaint do not plausibly suggest an

4    imminent danger of serious physical injury.[2]  Thus, the Court will dismiss Plaintiff's

5    Complaint and this action, without prejudice, pursuant to § 1915(g).  If Plaintiff wants to

6    reassert these claims in the future, Plaintiff must prepay the entire $402.00 filing and

7    administrative fees when initiating the action.

8    **IT IS ORDERED:**

9        (1)    Plaintiff's Complaint (Doc. 1) and this action are **dismissed without**

10   **prejudice**, pursuant to 28 U.S.C. § 1915(g).  If Plaintiff wishes to reassert these claims in

11   the future, the entire $402.00 filing and administrative fees must be paid when filing the

12   action.

13       (2)    The Clerk of Court must enter judgment accordingly and close this case.

14   Dated this 20th day of April, 2023.

15

16

17                                    Michael T. Liburdi

18                                    Michael T. Liburdi
                                      United States District Judge
19

20

21

22

23

24

25

26

27

28

_____

[2] Plaintiff raises claims regarding the denial of a jury trial, the "recharacteriz[ation]" of Plaintiff's lawsuits in this Court, and an unspecified denial of due process.

*[Handwritten annotations: "No Seal of the U.S. District Court — Appendix B — orders of the U.S. District Court — 87 pages"]*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | ORDER |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Unnamed class member Alfred Caraffa submitted two new civil rights complaint forms with this case number listed in the caption. Both cases present Eighth Amendment claims related to his medical and mental health treatment. The Court previously instructed unnamed class members to file individual actions to challenge their own healthcare (Doc. 4362 at 2). The Court will therefore direct the Clerk of Court to open the two civil rights complaints as two separate civil actions.

**IT IS THEREFORE ORDERED** that the two civil rights complaints filed by class member Alfred Caraffa must be opened as two separate civil actions.

Dated this 31st day of January, 2023.

*[Signature]*

Honorable Roslyn O. Silver
Senior United States District Judge

*[Handwritten annotations: "No Seal of the U.S. District Court — 3 of 34"]*

*Exhibit of Evidence pg-5 of 6*

1  procedures that are implemented to comply with the requirements of this Injunction shall

2  be provided to Plaintiffs' counsel and the monitors at least 30 days before the new or

3  modified policy becomes effective. These policies and procedures may be implemented

4  immediately on an interim basis if the Director certifies that there are exigent

5  circumstances. Any objections to these policies and procedures shall be subject to

6  negotiations between the parties. If negotiations fail, Defendants shall seek Court approval

7  of the new or modified policies.[6]

8      Accordingly,

9      **IT IS ORDERED** all parties shall comply with the terms of the permanent

10  injunction that follows.

11      **IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of

12  Plaintiffs.

13      Dated this 7th day of April, 2023.



Honorable Roslyn O. Silver
Senior United States District Judge

---

[6] It has long been settled the Court will automatically retain jurisdiction to monitor and enforce the terms of the Permanent Injunction. *United States v. Swift & Co.*, 286 U.S. 106, 114 (1932) (noting power to enforce injunction is "inherent in the [Court's] jurisdiction"). To avoid any ambiguity, the Court expressly retains jurisdiction to monitor and enforce the terms of the Permanent Injunction.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

CLERK OF THE
SUPERIOR COURT
FILED
J VIGIL. DEP

**2019 DEC 16  PM 4: 25**

Elizabeth M Lake
Deputy County Attorney
Bar ID #  030677
301 West Jefferson, 8th Floor
Phoenix, AZ 85003
Telephone  (602) 506-8532
mcaocbpeast@mcao maricopa gov
MCAO Firm #  00032000
Attorney for Plaintiff

*Appendix F*

*NO Seal of the*

*Superior Court of*

*Maricopa County*

DR 201900002117636 - Phoenix Police Department
1813273

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

THE STATE OF ARIZONA,

     Plaintiff,

vs

ALFRED ERIC CARAFFA,

     Defendants

CR2019-155732-001

INDICTMENT
764 GJ 602

**COUNT 1:** ARMED ROBBERY, A CLASS 2
FELONY (Alfred Eric Caraffa)

The Grand Jurors of Maricopa County, Arizona, accuse ALFRED ERIC CARAFFA, on

December 16, 2019, charging that in Maricopa County, Arizona

**COUNT 1**     *10 of 54*

ALFRED ERIC CARAFFA, on or about December 6, 2019, did in the course of taking

property of another from Andrea Buelna Mendivil's person or immediate presence and

against her will, used threats or force against Andrea Buelna Mendivil, with the intent to

*plus 20 F3*          *9 of 16*     *Now pg2 of 777*

Appendix F

coerce surrender of the property or to prevent resistance to ALFRED ERIC CARAFFA's

taking or retaining the property while ALFRED ERIC CARAFFA or an accomplice used or

threatened to use a deadly weapon, dangerous instrument or a simulated deadly

weapon, against Andrea Buelna Mendivil and/or Wells Fargo Bank, in violation of A R S

§§ 13-1904, 13-1901, 13-1902, 13-701, 13-702, and 13-801



A True Bill
("A True Bill")

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY          Date  December 16, 2019

Elizabeth M Lake                          FOREPERSON OF THE GRAND JURY
Deputy County Attorney
EML/ec

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

Elizabeth M Lake
Deputy County Attorney
Bar ID #: 030677
CBPE-Phoenix Central/South Mountain
301 West Jefferson, 8th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8532
mcaocbpeastphxcentra@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff



CLERK OF THE
SUPERIOR COURT
FILED
L. ROBLES, DEP.

2019 DEC 10 PM 4: 48

12/13

NO Seal of the Superior Court of Maricopa County

DR 201900002117636 - Phoenix Police Department
Downtown Justice Court
**VACATE**
0131813273

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
COUNTY OF MARICOPA, RCC-DOWNTOWN

THE STATE OF ARIZONA,

    Plaintiff,

vs.

ALFRED ERIC CARAFFA,

    Defendant.

CR2019-155732-001

DIRECT COMPLAINT

**COUNT 1:** ARMED ROBBERY, A CLASS 2
FELONY

**IN CUSTODY**

The complainant herein personally appears and, being duly sworn, complains on

information and belief against ALFRED ERIC CARAFFA, charging that in Maricopa County,

Arizona:

COUNT 1:

**DCO**

ALFRED ERIC CARAFFA, on or about December 6, 2019, did in the course of taking property of another from Andrea Buelna Mendivil's person or immediate presence and against her will, used threats or force against Andrea Buelna Mendivil, with the intent to coerce surrender of the property or to prevent resistance to ALFRED ERIC CARAFFA's taking or retaining the property while ALFRED ERIC CARAFFA or an accomplice used or threatened to use a deadly weapon, dangerous instrument or a simulated deadly weapon, against Andrea Buelna Mendivil and/or Wells Fargo Bank , in violation of A.R.S. §§ 13-1904, 13-1901, 13-1902, 13-701, 13-702, and 13-801.



/s/ Elizabeth M Lake
Deputy County Attorney

IN CUSTODY

_____
Complainant

Agency: Phoenix Police Department

Subscribed and sworn upon information and belief this 10 day of December, 2019.

EML/ec

*Appendix B*    ~~33 of 244~~    24 of

1  Policies and Procedures Manual, which requires that "a courtesy copy of the filing,

2  referencing the specific document number, **shall be printed directly from CM/ECF.**"

3  CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/

4  sites/default/files/documents/adm%20manual.pdf.

5        (10)    Petitioner may file a reply within 30 days from the date of service of the

6  answer.

7        (11)    This matter is referred to Magistrate Judge Eileen S. Willett pursuant to Rules

8  72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report

9  and recommendation.

10        Dated this 24th day of January, 2023.

Michael T. Liburdi
United States District Judge