# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Erika Caraffa,<br><br>        Plaintiff,<br><br>v.<br><br>M. Moyer, et al.,<br><br>        Defendants. | NO. CV-23-00572-TUC-JGZ (PSOT)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 10, 2024, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice, pursuant to 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

January 10, 2024

By  s/ B. Cortez
Deputy Clerk